COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Beverly Scott, Gwendolyn Carpenter, Derrick Scott and Sammie Scott v. Dr. Robin Lynn Armstrong, Curtis J. Bickers and Vujasinovic & Beckcom PLLC

Appellate case number: 01-14-00319-CV

Trial court case number: 2012-33615

Trial court: 234th District Court of Harris County

The clerk's record and reporter's record in this appeal were originally due on June 9, 2014. After being notified that this appeal was subject to dismissal for failure to pay the fee for preparing the clerk's record, appellants paid the clerk's fee and the clerk's record was filed on November 10, 2014. On June 17, 2014, the Clerk of this Court notified appellants that the court reporter responsible for preparing the record in this appeal had informed the Court that appellants had not paid, or made arrangements to pay, for the reporter's record. *See* TEX. R. APP. P. 35.3(b). The Clerk further notified appellants that unless they provided written evidence that they have paid, or made arrangements to pay, for the reporter's record, or provided proof that they are entitled to proceed without payment of costs by July 17, 2014, the Court might consider the appeal without a reporter's record. *See* TEX. R. APP. P 37.3(c). Appellants failed to respond to the notice.

Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id.* Appellants' brief is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Given the delay caused by appellants, no extensions will be granted absent extraordinary circumstances.

Judge's signature: /s/ Michael Massengale

☑ Acting individually ☐ Acting for the Court

Date: January 8, 2015